IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DALE MITCHELL, : | |
| : | |
| Plaintiff : | |
| v. : | |
| : | Civil Action File No. |
| : | 1:03-CV-0868-GET-SSC |
| CATERPILLAR, INC. : | |
| : | |
| Defendant. : | |

**ORDER**

The parties have jointly requested an extension of time in which to file their Consolidated Pretrial Order [Doc. 75] which was due February 21, 2006. For good cause shown, their request is **GRANTED**. The parties shall have through and including February 28, 2006 in which to prepare and file their Consolidated Pretrial Order.

**IT IS SO ORDERED** this 28th day of February, 2006, *nunc pro tunc* February 21, 2006.

*Susan S. Cole*

SUSAN S. COLE
United States Magistrate Judge